■ CUTNER & ASSOCIATES, P.C., Appellant, v MAURICE S. KANBAR, Respondent. [751 NYS2d 733] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered December 9, 1999, which denied plaintiff's motion to disqualify Shearer & Essner, LLP (S&E) as attorneys for defendant, unanimously affirmed, with costs.

The motion for disqualification of S&E as defendant's counsel was properly denied. There was no showing of any attorney-client relationship between plaintiff and S&E (*see Tekni-Plex, Inc. v Meyner & Landis*, 89 NY2d 123, 131) or that S&E received confidential information from plaintiff, substantially related to this action, under circumstances in which plaintiff had the right to believe that S&E, as attorneys, would respect such confidences (*see e.g. Wall St. Assoc. v Brodsky*, 227 AD2d 301).

We have considered plaintiff's other arguments and find them unavailing. Concur—Williams, P.J., Andrias, Buckley, Lerner and Gonzalez, JJ.